**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIELLE RHEA SPEERS,

        Plaintiff,

vs.

                             Case No. 2:24-cv-11261-BRM-KGA
                             Hon. Brandy R. McMillion

VERIFIED FIRST LLC

        Defendant.

**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT**
**VERIFIED FIRST LLC**

Plaintiff Danielle Rhea Speers ("Plaintiff") and Defendant Verified First LLC ("Defendant") hereby notify the Court that they have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Pending the settlement of this matter, Plaintiff and Defendant respectfully request that the Court vacate all currently scheduled case management conferences and case deadlines pending the submission of a Stipulation of Dismissal. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal as to her claims against Defendant within sixty (60) days of the date of this Notice. The parties respectfully request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATE: August 12, 2024            Respectfully submitted,

                               By: */s/ Hans W. Lodge*
                               Hans W. Lodge, MN Bar No. 0397012
                               **BERGER MONTAGUE PC**

1

1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 607-7794
Fax: (612) 584-4470
Email: hlodge@bm.net

Adam S. Alexander (P53584)
**ALEXANDER LAW FIRM**
Attorney for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
Telephone: (248) 246-6353
Fax: (248) 746-3793
Email: adalesq@gmail.com

*Counsel for Plaintiff*
*Danielle Rhea Speers*

DATE: August 12, 2024

By: */s/ John W. Drury*
John W. Drury
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Fax: (312) 460-7000
Email: jdrury@seyfarth.com

*Counsel for Defendant*
*Verified First LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2024, I filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record:

John W. Drury
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Email: jdrury@seyfarth.com

*Counsel for Defendant*
*Verified First LLC*

*/s/ Hans W. Lodge*
Hans W. Lodge
