# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DANIELLE RHEA SPEERS,

        Plaintiff,

vs.

VERIFIED FIRST LLC

        Defendant.

Case No. 2:24-cv-11261
Hon. Brandy R. McMillion

## STIPULATION FOR DISMISSAL OF DEFENDANT VERIFIED FIRST LLC, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Danielle Rhea Speers, ("Plaintiff") and Defendant Verified First LLC ("Verified First") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Verified First in the above-styled action, with the parties to bear their own attorneys' fees, costs, and expenses.

DATE: September 23, 2024

Respectfully submitted,

By: */s/ Hans W. Lodge*
Hans W. Lodge, MN Bar No. 0397012
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205

1

Minneapolis, MN 55413
Telephone: (612) 607-7794
Fax: (612) 584-4470
Email: hlodge@bm.net

Adam S. Alexander (P53584)
**ALEXANDER LAW FIRM**
Attorney for Plaintiff
17200 W. Ten Mile, Ste. 200
Southfield, MI 48075
Telephone: (248) 246-6353
Fax: (248) 746-3793
Email: adalesq@gmail.com

*Counsel for Plaintiff*
*Danielle Rhea Speers*

DATE: September 23, 2024          By: */s/ John W. Drury*
John W. Drury
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Fax: (312) 460-7000
Email: jdrury@seyfarth.com

*Counsel for Defendant*
*Verified First LLC*

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DANIELLE RHEA SPEERS,

       Plaintiff,

vs.

VERIFIED FIRST LLC

       Defendant.

Case No. 2:24-cv-11261
Hon. Brandy R. McMillion

## ORDER OF DISMISSAL WITH PREJUDICE

The matter coming before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this case shall be **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees awarded to either party.

**This is a final order that closes the case.**

**IT IS SO ORDERED.**

Dated: September 24, 2024      s/Brandy R. McMillion
      HON. BRANDY R. MCMILLION
      UNITED STATES DISTRICT JUDGE

3